IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02008-BNB

SANTIAGO PEREZ,

   Plaintiff,

v.

J. P. MEYER TRUCKING,

   Defendant.

---

ORDER TO FILE AMENDED COMPLAINT

---

Plaintiff, Santiago Perez, has filed a *pro se* Title VII Complaint. The Court must construe liberally Mr. Perez's Complaint because he is a *pro se* litigant. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, Mr. Perez will be ordered to file an Amended Complaint.

On Page Two of the Title VII Complaint form, Plaintiff failed to respond to Questions Seven and Eight. He, therefore, has failed to allege or to demonstrate that he has met the statutory prerequisites to maintenance of an employment discrimination lawsuit in federal court. He does not state whether he has received a right-to-sue letter from the EEOC and, if he did, what date he received the letter. The Court, therefore, will direct Plaintiff to amend the Complaint and answer Questions Seven and Eight on Page Two of the Complaint form. He is further directed to attach to the Complaint a copy of the right-to-sue letter that he received from the EEOC.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
                CLERK

The Complaint also is deficient in part because it does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Although Mr. Perez has checked the space on the preprinted Title VII Complaint form indicating that he was discriminated against when he was either demoted or discharged from employment, he fails to allege specific facts detailing how he was discriminated against in his demotion or discharge. Therefore, the Court finds that the Title VII Complaint in part fails to comply with the pleading requirements of Rule 8. Mr. Perez will be ordered to file an Amended Complaint. Mr. Perez is advised that, in order

to state a claim in federal court, his Amended Complaint must explain what Defendant did to him, when the defendant did it, how Defendant's action harmed him, and what specific legal right Defendant violated. *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that, **within thirty days from the date of this Order**, Mr. Perez file an Amended Complaint that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Perez, together with a copy of this Order, two copies of the Court-approved Title VII Complaint form. It is

FURTHER ORDERED that if Mr. Perez fails within the time allowed to file an Amended Complaint that complies with this Order the action will be dismissed without further notice.

DATED September 25, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02008-BNB

Santiago Perez
17744 E. Ada Drive
Aurora, CO 80017

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint form** to the above-named individuals on 9/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk