IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -1 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02008-BNB

SANTIAGO PEREZ,

    Plaintiff,

v.

J. P. MEYER TRUCKING,

    Defendant.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 30, 2008, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02008-BNB

Santiago Perez
17744 E. Ada Drive
Aurora, CO 80017

 I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/1/08.

            GREGORY C. LANGHAM, CLERK

            By: _____
               Deputy Clerk