IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02008-KLM-KMT

SANTIAGO PEREZ,

    Plaintiff,

v.

J.P. MEYER TRUCKING,

    Defendant(s).
_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on February 18, 2009, by Senior Judge Lewis T. Babcock and was assigned to Magistrate Judge Kristen L. Mix on February 18, 2009. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Kathleen M. Tafoya is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Senior Judge Lewis T. Babcock on October 7, 2008 [Docket No. 11], is **VACATED**.

    IT IS FURTHER **ORDERED** that a Final Pretrial Conference set for November 10, 2009 at 9:15 a.m. is **VACATED** and **RESET** before Magistrate Judge Kristen L. Mix on **November 10, 2009 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

    Dated: March 3, 2009