IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02008–KLM–KMT

SANTIAGO PEREZ,

    Plaintiff,

v.

J.P. MEYER TRUCKING,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Defendant's Motion to Vacate and Re-Set Settlement Conference" (# 39, filed May 8, 2009) is GRANTED. The Settlement Conference scheduled for May 22, 2009 is VACATED and RESET to August 10, 2009 at 1:30 p.m.

Dated: May 14, 2009