IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02008-KLM-KMT

SANTIAGO PEREZ,

    Plaintiff,

v.

J.P. MEYER TRUCKING,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion to Amend the Scheduling and Discovery Order** [Docket No. 60; Filed August 28, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The discovery cut-off is extended to September 16, 2009 and the dispositive motions deadline is extended to October 30, 2009.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for November 17, 2009 at 10:00 a.m. is **vacated** and **reset** to **December 17, 2009 at 10:00 a.m.**

    IT IS FURTHER **ORDERED** that the resetting of the Settlement Conference is a matter that shall be decided by Magistrate Judge Kathleen M. Tafoya.

DATE: September 2, 2009