IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02008-KLM-KMT

SANTIAGO PEREZ,

    Plaintiff,

v.

J.P. MEYER TRUCKING,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend the Scheduling Order** [Docket No. 65; Filed September 10, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The discovery cut-off deadline is extended to October 8, 2009.

DATE: September 11, 2009