IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02008-KLM-KMT

SANTIAGO PEREZ,

    Plaintiff,

v.

J.P. MEYER TRUCKING,

    Defendant(s).

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties,

IT IS HEREBY **ORDERED** that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED: February 19, 2010

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge